## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM DANKS,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Case No.: 2:15-cv-04455-GP** |
| ) | |
| **GC SERVICES** ) | |
| ) | |
| **Defendant** ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: <u>April 25, 2016</u>

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 25th day of April, 2016, a true and correct copy of the

foregoing pleading served via mail to the below:

Michael Twomey, Esq.
Scott Patton PC
3939 Washington Avenue, Suite 203
Houston, TX 77007
Phone: 281-377-3311
Fax: 2281-337-3267
Email: mtwomey@scottpattonlaw.com
Attorney for the Defendant

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff